UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORA MENDOZA AGUILAR; E.B.M., a minor; M.B.M., a minor;, <br><br> Petitioner, <br><br> v. <br><br> JULIO HERNANDEZ, et al., <br><br> Respondent. | Case No. 2:26-cv-00761-TMC <br><br> TEMPORARY RESTRAINING ORDER |

## I.   ORDER

Before the Court is Petitioners' motion for a temporary restraining order (TRO). Dkt. 3. The Honorable Brian A. Tsuchida provisionally granted the TRO on March 5, 2026 pending the government's response. Dkt. 7. On March 7, Federal Respondents filed a brief explaining that while they do not believe such an order is necessary due to voluntary compliance, they do not oppose entry of a temporary restraining order that prohibits "removing, transferring, or detaining" Petitioners before a decision on their pending BIA appeal or imposing "new or different reporting requirements on the Petitioners pending their present appeal, absent changed circumstances that necessitate an alteration in their reporting requirements." Dkt. 10 at 1–2.

TEMPORARY RESTRAINING ORDER - 1

Having considered the motion, exhibits, and the Government's response, the Court finds that Petitioners have met the standard for a temporary restraining order and ORDERS:

1. Petitioners' motion for temporary restraining order (Dkt. 3) is GRANTED.

2. Respondents are ENJOINED from removing Petitioners from the United States without further order of this Court;

3. Respondents are ENJOINED from transferring Petitioners outside the Western District of Washington without further order of this Court;

4. Respondents are ENJOINED from re-detaining Petitioners absent notice and a pre-deprivation hearing before an Immigration Judge; and

5. Respondents are ENJOINED from imposing new reporting requirements on Petitioners beyond the original order of supervision absent a material change in circumstance that necessitates different reporting requirements.

6. This temporary order expires April 9, 2026 unless extended by this Court. *See Abuzeide for Est. of Dane v. Openroad Auto Grp, Inc.*, 2017 WL 8727861, at *1 (W.D. Wash. Apr. 27, 2017) (14-day limit for TROs does not apply when they are issued with notice and full opportunity to be heard).

7. Should Petitioners seek to convert this temporary order into a preliminary injunction, they shall file a stipulated or opposed motion for preliminary injunction no later than April 8, 2026.

8. Respondents have not requested a bond and the Court waives the bond requirement under Federal Rule of Civil Procedure 65(c).

9. To the extent the pending habeas petition seeks primarily future injunctive relief as opposed to release from physical custody, the parties shall make sure to address the standard for such relief in their future briefing.

Dated this 9th day of March, 2026.

Tiffany M. Cartwright
United States District Judge

TEMPORARY RESTRAINING ORDER - 3